IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RABIAHTU PETERKIN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-490** |
| | : | |
| **PROSPECT AIRPORT SERVICES,** | : | |
| **INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 11th day of June 2021, upon considering the Motions to dismiss (ECF Doc. Nos. 27, 30, 31, 34), Plaintiff's Responses (ECF Doc. Nos. 36, 37, 38, 39), Defendants' Replies (ECF Doc. Nos. 40, 41, 42), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motions to dismiss (ECF Doc. Nos. 27, 30, 31, 34) are **GRANTED** without prejudice to Plaintiff filing a second amended Complaint possibly curing the deficiencies in her amended Complaint no later than **June 25, 2021**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**KEARNEY, J.**